IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID RADEMAKER, ) | No. C 10-1659 LHK (PR) |
| Plaintiff, ) | ORDER TO SHOW CAUSE |
| vs. ) | |
| A. HEDGEPETH, et al., ) | |
| Defendants. ) | |

    Plaintiff, a state prisoner proceeding *pro se*, filed a federal civil rights complaint pursuant to 24 U.S.C. § 1983 against employees of Salinas Valley State Prison. On May 3, 2010, the Court found that, liberally construed, the complaint alleged a cognizable claim of deliberate indifference to Plaintiff's serious medical needs. The Court ordered the complaint served upon the five defendants. In that same order, the Court issued a pretrial dispositive motion schedule in which Defendants were directed to file either a motion for summary judgment or other dispositive motion or notify the Court that the matter was not appropriate for such a motion within ninety days from the date the order of service was filed.

    On August 13, 2010, after the deadline date for filing a dispositive motion had passed, four Defendants, through counsel, filed a Notice of Waiver of Answer. However, to date, none have filed a dispositive motion or notification that no such motion would be filed.

    Accordingly, within **twenty-one (21) days** of the filing date of this order, Defendants are

Order of to Show Cause
P:\PRO-SE\SJ.LHK\CR.10\Rademaker650oscdef.wpd

1  ordered to show cause why this matter should not be set for trial.  In their response, counsel for
2  Defendants shall also inform the Court whether he represents Defendant K. Kachare, who was
3  served on June 16, 2010.
4        IT IS SO ORDERED.
5  DATED:   9/7/2010

*Lucy H. Koh*
LUCY H. KOH
United States District Judge