IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID RADEMAKER, | ) | No. C 10-1659 LHK (PR) |
| Plaintiff, | ) | JUDGMENT |
| vs. | ) | |
| A. HEDGEPETH, et al., | ) | |
| Defendants. | ) | |

The Court has granted Defendants' motion to dismiss and for summary judgment. Judgment is entered in favor of Defendants and against Plaintiff. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: ___8/30/11_____       _____
                                      LUCY H. KOH
                                      United States District Judge

Judgment
P:\PRO-SE\SJ.LHK\CR.10\Rademaker659jud.wpd